UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

D-3 DAVID NEIL THOMPSON, SR.

        Defendant.

CASE NO: 22-CR-20520

HON. SHALINA D. KUMAR
United States District Judge

HON. CURTIS IVY, JR.
United States Magistrate Judge

_____

# INFORMATION
_____

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT ONE
## DISTRIBUTION OF METHAMPHETAMINE
## (21 U.S.C. § 841(a))

On or about August 25, 2022, in the Eastern District of Michigan, the defendant, David Neal Thompson, knowingly and intentionally distributed a mixture or substance containing a detectable amount of methamphetamine in violation of Title 21, United States Code, Section 841(a).

Dated: May 1, 2024

_____
TIMOTHY M. TURKELSON
Assistant United States Attorney
MI State Bar P-53748
600 Church Street
Flint, Michigan 48502-1280

DAWN N. ISON
United States Attorney

_____
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices

2

**Companion Case information MUST be completed by AUSA and initialed.**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number<br>22-CR-20520-3 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes  ☑ No | **AUSA's Initials:** TT |

**Case Title:** USA v. DAVID NEIL THOMPSON, SR.

**County where offense occurred:** GENESEE

**Check One:**  ☑ **Felony**   ☐ **Misdemeanor**   ☐ **Petty**

___Indictment/___Information --- **no** prior complaint.
___Indictment/___Information --- based upon prior complaint [**Case number:** _____]
___Indictment/ X Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** 22-CR-20520-3            **Judge:** Shalina D. Kumar

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☑ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

May 1, 2024
         Date

Timothy Turkelson
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone: (810) 766-5177
Email: Timothy.Turkelson@usdoj.gov
P53748

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013